UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NISHAT CHUNIAN USA, INC., | |
| Plaintiff, | 25 Civ. 6774 (JHR) |
| -v.- | ORDER TO SHOW CAUSE |
| MY PILLOW, INC., | |
| Defendant. | |

JENNIFER H. REARDEN, District Judge:

Plaintiff Nishat Chunian USA, Inc. filed the Complaint in this breach of contract action on August 15, 2025.  ECF No. 1.  Plaintiff served Defendant My Pillow, Inc. on August 22, 2025.  *See* ECF No. 9.  Defendant's answer was therefore due on September 12, 2025.  *Id*.; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint.").  Defendant has not responded to the Complaint or otherwise appeared.

Upon Plaintiff's application, ECF Nos.10-11, on September 15, 2025, the Clerk of Court issued a certificate of default as to Defendant, ECF No. 12.  On September 19, 2025, Plaintiff moved for a default judgment, ECF No. 13, and filed declarations, a memorandum of law, and a proposed judgment, ECF Nos. 13-16.

If Defendant wishes to oppose the motion, then its counsel shall, (1) by **December 5, 2025**, enter a notice of appearance, and (2) by **December 9, 2025**, file an opposition explaining why a default judgment is not warranted.

2

Plaintiff has already filed proof of service of its papers in support of the motion for a default judgment.  ECF No. 13-2.  By no later than **December 1, 2025**, Plaintiff shall serve Defendant with this Order and file proof of service on the docket.

SO ORDERED.

Dated:  November 26, 2025
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2