UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NISHAT CHUNIAN USA, INC.,

                Plaintiff,

        -v.-

MY PILLOW, INC.,

                Defendant.

25 Civ. 06774 (JHR)

DEFAULT JUDGMENT

JENNIFER H. REARDEN, District Judge:

Plaintiff Nishat Chunian USA, Inc. filed the Complaint in this breach of contract action on August 15, 2025. ECF No. 1. Plaintiff served Defendant My Pillow, Inc. on August 22, 2025. *See* ECF No. 9. Defendant's answer was therefore due on September 12, 2025. *Id*.; *see also* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint."). Defendant has not responded to the Complaint.

Upon Plaintiff's application, ECF Nos.10-11, on September 15, 2025, the Clerk of Court issued a certificate of default as to Defendant, ECF No. 12. On September 19, 2025, Plaintiff moved for a default judgment, ECF No. 13, and filed declarations, a memorandum of law, and a proposed judgment, ECF Nos. 13-16. Plaintiff served its motion papers on Defendant by mail pursuant to Federal Rule 5(b)(2)(C). *See* ECF No. 13-2. On November 26, 2025, the Court directed Defendant to file any opposition to the motion for a default judgment by December 9, 2025. ECF No. 17. Plaintiff served Defendant with the Court's November 26 Order on December 1, 2025. ECF No. 18. Defendant did not oppose the motion.

The Court has reviewed Plaintiff's motion for a default judgment and supporting submissions. ECF Nos. 13-16. "Because proof of service has been filed; Defendant[] ha[s] not answered the [C]omplaint; the time for answering the [C]omplaint has expired; and Defendant[]

failed to appear to contest the entry of a default judgment," the Court enters a default judgment for Plaintiff against Defendant, with declaratory, injunctive, and compensatory relief, plus costs, interest, and attorneys' fees to be determined at an inquest. *Yung Xu v. Kealoha Sushi Inc.*, No. 19 Civ. 11885 (PAE), 2021 WL 1753749, at *1 (S.D.N.Y. May 4, 2021) (granting default judgment).

By separate Order, the Court will refer this case to Magistrate Judge Gary Stein for an inquest. By **January 16, 2025**, Plaintiff shall serve this Order upon Defendant and file an affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

Dated: January 13, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge